IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARL WATKINS                                                                          PLAINTIFF

v.                         Case No. 4:17-cv-00839 KGB

UNION PACIFIC RAILROAD COMPANY                                                        DEFENDANT

## ORDER

Plaintiff Carl Watkins and defendant Union Pacific Railroad Company have filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 26). Accordingly, this action is dismissed without prejudice, with each party to bear its own costs.

So ordered this the 30th day of January, 2018.

_____
Kristine G. Baker
United States District Judge